UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN COMAS, | : |
| | : |
| Petitioner, | :    CA No. 04-10691-PBS |
| | : |
| v. | : |
| | : |
| BRUCE CHADBOURNE, | : |
| | : |
| Respondent. | : |

RESPONDENT'S
<u>MOTION TO DISMISS</u>

On April 5, 2004, Petitioner Jean Comas filed a Petition for Writ of Habeas Corpus, Complaint for Declaratory and Injunctive Relief, and Motion for Emergency Stay of Deportation. On April 6, 2004, this Court issued an Order directing that a response to the petition be filed on or before April 27, 2004.

For the reasons stated in the accompanying memorandum of law, Respondent moves to dismiss the Petition.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark J. Grady
        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA   02210
        Tel. No. (617) 748-3136