UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN COMAS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CIVIL ACTION NO. 04-10691-PBS |
| ) | |
| JOSEPH MC DONOUGH, ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF BIA DECISION AND OF INTENT TO PURSUE REMOVAL EFFORTS**

On March 23, 2005, this Court allowed (in part) a habeas Petition of Jean Comas, remanding to the BIA and directing that the BIA re-consider Comas' petition for adjustment of status. See Case No. 04-10961-PBS, Docket # 8, Memorandum and Order, dated March 23, 2005. The Court further Ordered the removal of Comas stayed pending the BIA proceedings. Id.

The BIA has completed its adjudication of the status adjustment petition, denying that request. See Exhibit 1. Further, in light of the decision Respondent believes this Court's stay to have expired and intends to pursue removal efforts in their normal course.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney
       U. S. Attorney's Office
       John Joseph Moakley
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       617-748-3136

Certificate of Service

  I hereby certify that a copy of the foregoing Notice was served by first class mail upon counsel for the Petitioner, Michael D. Greenberg , Law Offices of Michael D. Greenberg , 2343 Massachusetts Avenue , Cambridge, MA 02140 , this 24th day of January 2008.

                        /s/ Mark J. Grady
                        Mark J. Grady